IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-02269-RPM

CHARLES A. LEGGETT III and
LAURIE LEGGETT,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

---

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.2

---

      The Court has signed a Protective Order for the confidentiality of certain information in this case.  The order does not expressly provide for compliance with D.C.COLO.LCivR 7.2 in court filings.  It is

      ORDERED, that in all court filings, counsel shall comply with D.C.COLO.LCivR 7.2 as to any information to be submitted under restriction based on the Protective Order.

      Dated:   July 17th, 2015

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge